■ PIERRE BOURGEOIS v. FRANK A. CELENTANO et al., as Executors of PAUL V. McNUTT, Deceased.— Motion for leave to reargue appeal or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente and McNally, JJ.

■ JOHN POPKIN v. RUBEL CORPORATION et al.— Motion for leave to reargue appeal or for leave to appeal to the Court of. Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ RAND'S DISCOUNT COMPANY v. UNIVERSAL C. I. T. CREDIT CORPORATION. — Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Rabin, J. P., Valente, McNally and Stevens, JJ.

■ LEO KAPLAN v. SAM GLICKMAN.— Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente and Stevens, JJ.

■ HARRY POSNER, Doing Business as PLAZA MANAGEMENT CO. v. RICHARD SHELTON.— Application denied, with $10 costs. The stay contained in the order to show cause, dated May 17, 1960, is continued for a period of 10 days from the date of entry of the order herein. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ SAM COHEN, Doing Business as EAGLE MUSLIN UNDERGARMENT CO. v. AMBOC CORP.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ BERNARD C. MADDEN et al. v. CHARLES T. ATKINS, as President.— Motion for leave to reargue denied. On the court's own motion the order of reversal, entered on April 26, 1960, is resettled in accordance with the order signed and filed herein. Concur — Breitel, J. P., Rabin, Stevens and Bastow, JJ.

## (June 9, 1960)

■ WINFIELD DRUG STORES, INC., Respondent, v. BELLMORE SALES CORP., Appellant.— Order granting plaintiff's motion for a temporary injunction unanimously reversed on the law and on the facts, and in the exercise of discretion, and the motion is denied, with $20 costs and disbursements to abide the event. The papers present disputed issues which must be explored and resolved at a trial. To that end, plaintiff may, at its option, have an early trial and shall indicate its desire in that regard in the proposed order to be settled hereon. If plaintiff exercises its option to apply for a prompt trial, it may request an order (1) providing for setting the case down for trial for a day certain; (2) dispensing with the right of either party to pretrial discovery and other procedures; (3) eliminating the necessity for filing a statement of readiness; and (4) requiring the Trial Term Clerk to accept the filing of a note of issue, upon payment of appropriate fees, upon short notice to defendant's counsel. Settle order, accordingly, on notice. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ In the Matter of HARRY I. GREENE against THE PEOPLE OF THE STATE OF NEW YORK et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente and Stevens, JJ.

■ NATHANIEL M. GALLIN v. WILLIAM F. STAFFORD, JR.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Rabin, Valente, McNally and Bergan, JJ.